UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:25-cv-10018-JEM

SEAN D'EPAGNIER,

    Plaintiff,

vs.

MICHAEL BRABLC, individually,
SCOTT STANDERWICK, individually, and
MONROE COUNTY SHERIFF'S OFFICE,

    Defendants.
_____/

## DECLARATION OF JOHN HURHULA

I, John Hurhula, pursuant to 28 U.S.C. § 1746(2), declare under penalty of perjury, as follows:

1. My name is John Hurhula, and I have personal knowledge of all facts stated herein.

2. I am currently employed as a City of Key West Police Department evidence technician.

3. I was employed in this capacity on April 10, 2025.

4. On April 10, 2025, I was served with a summons and complaint for Michal Brablc in the above-styled lawsuit.

5. On April 10, 2025, I was also served with a summons and complaint for Scott Standerwick in the above-styled lawsuit.

6. I am not authorized to accept service on behalf of any member of the Key West Police Department.

7. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct.

**FURTHER DECLARANT SAYETH NAUGHT.**

Executed on this  01  day of  May , 2025.

_____
JOHN HURHULA